

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00176-CV

IN RE JEFFREY MANN                                             RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 15-09620-393

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: WALKER, MEIER, and SUDDERTH, JJ.

DELIVERED: June 16, 2016

---

[1]See Tex. R. App. P. 47.4.